## JAKE BOCK v. STATE.

No. A-7220.   Opinion Filed Oct. 26, 1929.
Rehearing Denied Nov. 23, 1929.
(282 Pac. 1116.)

Clayton Carder and E. V. Rakestraw, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted in the county court of Kiowa county of transporting whisky, and was sentenced to pay a fine of $50, and to confinement in the county jail for a term of 30 days.

Judgment was entered in October, 1928, and the appeal was lodged in this court in November, 1928.   No briefs in support of the appeal have been filed.   The evidence amply sustains the judgment.   No material error is made to appear.

The case is affirmed.